USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 2, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE LUMLEY, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiffs,

-against-

UNITED STATES TRUST COMPANY, N.A., BANK OF AMERICA, N.A., JOHN DOES #1-10, Jointly and Severally,

    Defendants.

No. 08 CV 3993 (SAS) (AJP) (TPG)

**STIPULATION EXTENDING THE TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EUGENE LUMLEY, Individually and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant" or "BANA"), through their respective counsel undersigned below, that the time for Defendant to answer, move, or otherwise respond to the Complaint filed by Plaintiff in the above captioned matter is extended to and including June 2, 2008. BANA waives any defense based on defective or improper service of process or based on lack of personal jurisdiction.

IT IS ALSO HEREBY STIPULATED AND AGREED that BANA is the successor in interest to Defendant United States Trust Company, N.A. ("U.S. TRUST") because effective February 22, 2008, U.S. TRUST merged with and into BANA and thereafter U.S. TRUST ceased to exist as a legal entity.

Dated: New York, New York
    May 20, 2008
ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant

By: _____
    Aimee B. Florin

Dated: New York, New York
    May 20, 2008
LAW OFFICE OF WILLIAM COUDERT RAND

Attorneys for Plaintiff

By: _____
    William C. Rand

OHS East:160432525.1

| | |
|---|---|
| Jill L. Rosenberg<br>666 Fifth Avenue<br>New York, NY 10103<br>Tel: 212-506-5000<br>Fax: 212-506-5151 | 711 Third Avenue, Suite 1505<br>New York, NY 10017<br>Tel: 212-268-1425<br>Fax: 212-599-7909<br><br>Jeffrey M. Gottlieb<br>Berger & Gottlieb<br>150 East 18th Street, Suite PHR<br>New York, New York 10003<br>Tel: 212-228-9795 |

SO ORDERED:

*/s/ Thomas P. Griesa*
UNITED STATES DISTRICT JUDGE

5/30/08